466 A.2d 716

Hill, Appellant v. Hill.
Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Argued May 25, 1983. Paul V. Mahoney, for appellant; Carl W. Brueck, Jr., for appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Appeal quashed.

466 A.2d 716

Johnson v. Johnson, Appellant.

Argued September 14, 1982. William Johnson, appellant, in propria persona; Henry O. Heiser III, for appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Order affirmed.